CO. TLE DEPT. CLOCK VCHR NO.
TL5 104002 300  2   0000170015 069

# Earnings Statement

**ADP**

BUDERIC INC.
DBA RESCO
1450 HEGGEN STREET
HUDSON, WI 54016

Period Ending: 04/20/2013
Pay Date: 04/26/2013

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  WI: 1

TODD M PAULSON
508 WISCONSIN ST
HUDSON WI 54016

Social Security Number: XXX-XX-████

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 78.08 | 1,405.44 | 11,450.16 |
| Overtime | 27.0000 | .32 | 8.64 | 93.42 |
| Auto | | | | 72.00 |
| Holiday | | | | 432.00 |
| Pto | | | | 963.00 |
| **Gross Pay** | | | **$1,414.08** | 13,010.58 |

Your federal taxable wages this period are $1,295.65

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hsaer - (Er Hsa | 28.85 | 259.65 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -141.99 | 1,321.76 |
| | Social Security Tax | -80.33 | 740.57 |
| | Medicare Tax | -18.79 | 173.20 |
| | WI State Income Tax | -71.52 | 664.37 |
| **Other** | | | |
| | Checking | -555.80 | |
| | Dental | -9.57* | 86.13 |
| | Garnishment | -220.29 | 2,022.14 |
| | Hsa | -28.85* | 259.65 |
| | Hsa Checking | -57.70 | |
| | Medical | -80.01* | 720.09 |
| | United Way | -5.00 | 45.00 |
| | 401K Loan | -201.93 | 1,817.37 |
| **Adjustment** | | | |
| | Hsa Deposit | +57.70 | |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

BUDERIC INC.
DBA RESCO
1450 HEGGEN STREET
HUDSON, WI 54016

Advice number: 00000170015
Pay date: 04/26/2013

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| TODD M PAULSON | xxxxx████ | XXXX XXXX | $555.80 |
| | xx████ | XXXX XXXX | $57.70 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

WELLS FARGO BANK, N.A.

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

# Earnings Statement

**ADP**

BUDERIC INC.
DBA RESCO
1450 HEGGEN STREET
HUDSON, WI 54016

Period Ending: 04/06/2013
Pay Date: 04/12/2013

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  WI: 1

TODD M PAULSON
508 WISCONSIN ST
HUDSON WI 54016

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 73.22 | 1,317.96 | 10,044.72 |
| Auto | 18.0000 | 4.00 | 72.00 | 72.00 |
| Overtime | | | | 84.78 |
| Holiday | | | | 432.00 |
| Pto | | | | 963.00 |
| **Gross Pay** | | | **$1,389.96** | 11,596.50 |

Your federal taxable wages this period are $1,271.53

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Hsaer - (Er Hsa | 28.85 | 230.80 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -138.37 | 1,179.77 | |
| Social Security Tax | -78.83 | 660.24 | |
| Medicare Tax | -18.44 | 154.41 | |
| WI State Income Tax | -69.77 | 592.85 | |
| **Other** | | | |
| Checking | -542.28 | | |
| Dental | -9.57* | 76.56 | |
| Garnishment | -216.91 | 1,801.85 | |
| Hsa | -28.85* | 230.80 | |
| Hsa Checking | -57.70 | | |
| Medical | -80.01* | 640.08 | |
| United Way | -5.00 | 40.00 | |
| 401K Loan | -201.93 | 1,615.44 | |
| **Adjustment** | | | |
| Hsa Deposit | +57.70 | | |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages

---

BUDERIC INC.
DBA RESCO
1450 HEGGEN STREET
HUDSON, WI 54016

Advice number: 00000150015
Pay date: 04/12/2013

Deposited to the account of
TODD M PAULSON

| | account number | transit ABA | amount |
|---|---|---|---|
| | XXXXXXX | XXXX XXXX | $542.28 |
| | XX | XXXX XXXX | $57.70 |

VOID AFTER 180 DAYS

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

WELLS FARGO BANK, N.A.

# Earnings Statement

**ADP**

BUDERIC INC.
DBA RESCO
1450 HEGGEN STREET
HUDSON, WI 54016

Period Ending: 03/23/2013
Pay Date: 03/29/2013

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   WI: 1

TODD M PAULSON
508 WISCONSIN ST
HUDSON WI 54016

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 77.62 | 1,397.16 | 8,726.76 |
| Pto | 18.0000 | 3.00 | 54.00 | 963.00 |
| Overtime | | | | 84.78 |
| Holiday | | | | 432.00 |
| **Gross Pay** | | | **$1,451.16** | 10,206.54 |

Your federal taxable wages this period are $1,332.73

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hsaer - (Er Hsa | 28.85 | 201.95 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -147.55 | 1,041.40 | |
| Social Security Tax | -82.63 | 581.41 | |
| Medicare Tax | -19.32 | 135.97 | |
| WI State Income Tax | -74.22 | 523.08 | |
| **Other** | | | |
| Checking | -576.59 | | |
| Dental | -9.57* | 66.99 | |
| Garnishment | -225.49 | 1,584.94 | |
| Hsa | -28.85* | 201.95 | |
| Hsa Checking | -57.70 | | |
| Medical | -80.01* | 560.07 | |
| United Way | -5.00 | 35.00 | |
| 401K Loan | -201.93 | 1,413.51 | |
| **Adjustment** | | | |
| Hsa Deposit | +57.70 | | |
| **Net Pay** | **$0.00** | | |

* Excluded from federal taxable wages

---

BUDERIC INC.
DBA RESCO
1450 HEGGEN STREET
HUDSON, WI 54016

Advice number: 00000130015
Pay date: 03/29/2013

Deposited to the account of
TODD M PAULSON

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx | XXXX XXXX | $576.59 |
| | xx | XXXX XXXX | $57.70 |

VOID AFTER 180 DAYS

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

WELLS FARGO BANK, N.A.

# Earnings Statement

**ADP**

BUDERIC INC.
DBA RESCO
1450 HEGGEN STREET
HUDSON, WI 54016

Period Ending:  03/09/2013
Pay Date:       03/15/2013

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  WI:      1

TODD M PAULSON
508 WISCONSIN ST
HUDSON WI 54016

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 79.41 | 1,429.38 | 7,329.60 |
| Overtime | | | | 84.78 |
| Holiday | | | | 432.00 |
| Pto | | | | 909.00 |
| **Gross Pay** | | | **$1,429.38** | 8,755.38 |

Your federal taxable wages this period are $1,310.95

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hsaer - (Er Hsa | 28.85 | 173.10 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -144.28 | 893.85 |
| | Social Security Tax | -81.28 | 498.78 |
| | Medicare Tax | -19.01 | 116.65 |
| | WI State Income Tax | -72.64 | 448.86 |
| **Other** | | | |
| | Checking | -564.38 | |
| | Dental | -9.57* | 57.42 |
| | Garnishment | -222.43 | 1,359.45 |
| | Hsa | -28.85* | 173.10 |
| | Hsa Checking | -57.70 | |
| | Medical | -80.01* | 480.06 |
| | United Way | -5.00 | 30.00 |
| | 401K Loan | -201.93 | 1,211.58 |
| **Adjustment** | | | |
| | Hsa Deposit | +57.70 | |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

BUDERIC INC.
DBA RESCO
1450 HEGGEN STREET
HUDSON, WI 54016

Advice number:  00000110016
Pay date:       03/15/2013

Deposited to the account of
TODD M PAULSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx | XXXX XXXX | $564.38 |
| xx | XXXX XXXX | $57.70 |

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

WELLS FARGO BANK, N.A.