# U.S. BANKRUPTCY COURT
## Western District of Wisconsin
### SECTION 341 MEETING PROCEEDING MEMO AND
### STANDING CHAPTER 13 TRUSTEE'S REPORT

**IN RE:**

Name  Todd M Paulson                                    Case #   13-12285- 13

Debtor Information:                                     Spouse Information:
SS#:  3812                                              SS#:
Addr: 508 Wisconsin Street North                        Addr: No Spouse
      Hudson  WI  54016

Debtor's Attorney:  RUSSELL D NICOLET                   Date Filed:      5/03/2013
                                                        Schedules Filed: 5/03/2013
341 Meeting Date:  6/03/2013    Adjourned 341 Date:  / /   Plan Filed:   5/03/2013
                                                        Amd Plan Filed:       / /

**Appearances:**  Debtor: Yes

Attorney:  Russ Nicolet

Creditors:  None

**1. INFORMATION WHICH WOULD MAKE DEBTOR'S STATEMENTS & SCHEDULES MORE ACCURATE:**

  A. New Employment: _____

  B. New Address:    _____

  C. Other:          _____

**2. ELIGIBILITY / DEBT ANALYSIS:**

  A. Eligible under Section 109(e)?     Y _X_     N ____

  B. Analysis of Debt:   Secured:                157,549.00    Administrative      2,000.00
                         Less Unsecured Portion        0.00 =  Net Secured       157,549.00

                         Unsecured                19,348.00    Priority                0.00
                         Plus Unsec Portion of Secured   0.00 = Net Unsecured     19,348.00

                                                               Total Debt        178,897.00

  C. Does Debtor have Regular Income?  Y _X_  N ____

  D. Prior Bankruptcies: NONE

                                          Debtor                    Spouse
  E. Payroll advice provided?             Yes                       N/A
     Year of most recent tax return provided   2012                 N/A
     Taxes for last three years filed?    Yes                       N/A
     Credit counseling cerititcate provided?  Y _X_  N ____   Y _NA_  N ____
     Means test provided?                 Y _X_  N ____
     Means test comment  D3

**3. MONTHLY BUDGET:**   Budgeted Income      2,520.00   Available for Plan     150.00
                         Budgeted Expenses    2,370.00   Plan Payments          430.56
                         Available for Plan     150.00   Excess                -280.56

Page 2

A. Does Budget appear reasonable?    Y__X__   N_____
   SKEWED AS PAYMENTS INCREASE ONCE DIRECT 401K LOAN REPYMT IS COMPLETED.--Advised Counsel.
B. Is all disposable income applied? (Sec 1325(b)(1)(B) )                Y_____   N__X__
   PER SOFA #4 - $7,500 GARNISHED FROM WAGES BY HSBC - WHEN/WAS CREDITOR SECURED? PREFERENTIAL PAYMENT?--Advised Counsel.
C. Will debtor be able to make all payments under the plan and comply with the plan? (Sec 1325(a)(6  Y__X__   N_____
   $900/MO CONTRIBUTION FROM SIGN. OTHER - STEADY INCOME?--Yes.

**4. PLAN:**
A. Number of Months the Plan is expected to last:  36

| Payment Date | Payment Amount | Frequency | Source |
|---|---|---|---|
| 6/02/2013 | 150.00 | monthly | BUDERIC INC |
| 5/02/2014 | 554.00 | monthly | BUDERIC INC |

B. Total to be paid into Plan:    15,500.00
C. Appproximate percentage to Unsecureds:    4.00
   Plan does not require 100% payment to unsecured debt
D. Source of Income:   BUDERIC +HSA ADD BACK+HH CONTRIBUTION BY SIGNIFICANT OTHER
E. Wage Order Sent To: EMPLOYER
F. Payments received to Date:    $69.23    First payment due no later than:  6/02/2013
   Will debtor commence payments within 30 days after the plan has been filed? Y__X__   N_____
G. Business Questions:
   Is Debtor Self Employed?                              Y_____                N__X__
   Does Debtor Incur Trade Debt?                         Y_____                N_____
   Did Debtor Complete Business Trade Questionnaire?     Y_____                N_____
   Will a Monthly Operating Report Be Required?          Y_____                N__X__
H. Has the plan been proposed in good faith and not any means forbidden by law? Sec 1325(a)(3) Y__X__   N_____
   If "no", plan cannot be confirmed.
I. Filing Fee Paid? Y__X__    N_____    Bal Due    0.00
J. Attorney Fee Requested    3,569.00    Paid to Date:    1,569.00
   Balance Due Under Plan    2,000.00    Approximate months to pay:    13
   Trustee recommends amount requested?   Y__X__   N_____
   If no, amount the Trustee recommends:    0.00
K. Does the Plan Properly Classify Debts?  Y__X__   N_____
_____

L. Was a Liquidation          _____ *Under Ch 7* _____         _____ *Under Ch 13* _____
   Analysis Provided By      Assets:         187,297.00   Total Paid To Plan:       15,500.00
   the Debtor? (Sec 1325(a)(5))  Admin, Secured,:              A.S.P. Debt:         159,549.00
   Y_____  N__X__         &Priority (ASP)  159,549.00   Less Direct   146,049.00= 13,500.00
   Unsecureds Do Better      Exemptions:      68,085.00   Trustee Fees on Net A.S.P:     621.34
   Under Chapter: 13         Available for UnSec: -40,337.00   Amt Avail for Unsec     1,378.66

M. Does the plan provide for curing of default or payment in full of Secured Debt? (Sec1325 (a)(5)) Y__X__   N_____
_____
N. Does the plan provide for payment in full of Priority Debt? Y__X__   N_____
   NONE

**5. CLAIMS AND OBJECTIONS:**
**Administrative, Secured, & Direct Claims:**

**Trustees Memo and Report Continued - Case # 13-12285**  Page  3

| | | |
|---|---|---|
| RUSSELL D NICOLET | Scheduled for:  2,000.00 | Filed for:  0.00 |
| Trustee Claim #:  1 | Scheduled as:  Administrative | Filed as:  Not Filed |
| Reason: _____ | | |
| Objection Filed?   No | | |
| NATIONSTAR MORTGAGE LLC | Scheduled for:  11,500.00 | Filed for:  0.00 |
| Trustee Claim #:  2 | Scheduled as:  Secured | Filed as:  Not Filed |
| Reason: MORTGAGE ARREARS-508 WISCONSIN ST | | |
| Objection Filed?   No | | |
| NATIONSTAR MORTGAGE LLC | Scheduled for:  141,658.00 | Filed for:  0.00 |
| Trustee Claim #:  3 | Scheduled as:  Direct | Filed as:  Not Filed |
| Reason: MORTGAGE-508 WISCONSIN ST | | |
| Objection Filed?   No | | |
| 401K LOAN | Scheduled for:  4,391.00 | Filed for:  0.00 |
| Trustee Claim #:  4 | Scheduled as:  Direct | Filed as:  Not Filed |
| Reason: LOAN AGAINST 401K-PD THRU PAYROLL | | |
| Objection Filed?   No | | |

**Priority Claims:**

**Unsecured Objecting Claims**

_____

_____

**6. TRUSTEE RECOMMENDATION:**                                         *If Needed:*

Does Trustee Recommend Confirmation? Y_____   N__X__     Date of Confirmation Hearing:     / /
                                                                                            Time of Confirmation Hearing:  _____

Does Trustee Recommend Dismissal?    Y_____   N_____

_____

Trustee Comments: Confirmation Issues:3B,

_____

                                                                /s/_____
Dated:   6/12/2013                                              Mark Harring
                                                                Standing Chapter  13 Trustee