# United States Bankruptcy Court
## Western District of Wisconsin

In re **Todd Michael Paulson**    Case No. **1-13-12285**
Debtor(s)    Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **July 23, 2013**, a copy of First Amended Chapter 13 Plan was served electronically or by regular United States mail to all interested parties requesting notice, the Trustee, the US Trustee, and all creditors listed below.

**American InfoSource LP**
**Blommer Peterman S.C.**
**City of Hudson**
**Comcast**
**Credit Service International**
**DISH Network**
**GE Money Bank**
**Heywood, Cari & Anderson, S.C.**
**HSBC Bank Nevada**
**Hudson Physicians**
**Kohn Law Firm**
**Menards**
**Midland Credit Management**
**Nationstar Mortgage**
**Portfolio Recovery**
**Rausch, Sturm, Israel, et. al.**
**Sprint**
**US Bank**
**Xcel Energy**

**/s/ Russell D. Nicolet, Esq.**
**Russell D. Nicolet, Esq. 1058569**
**Nicolet Law Office, S.C.**
**511 Second Street**
**Suite 203**
**Hudson, WI 54016**
**715-377-2141**