# United States Bankruptcy Court
## Western District of Wisconsin

In re  **Todd Michael Paulson**　　　　　　　　　　　　　　　　　　　Case No.  **1-13-12285**
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter  **13**

### CERTIFICATE OF SERVICE

I hereby certify that on **October 11, 2013**, a copy of Amended Schedule J and Amended Summary of Schedules was served electronically to all interested parties requesting notice, the Trustee, the US Trustee, and all creditors listed below.

**-NONE-**

　　　　　　　　　　　　　　　　　　　　　　　**/s/ Russell D. Nicolet, Esq.**
　　　　　　　　　　　　　　　　　　　　　　　**Russell D. Nicolet, Esq. 1058569**
　　　　　　　　　　　　　　　　　　　　　　　**Nicolet Law Office, S.C.**
　　　　　　　　　　　　　　　　　　　　　　　**511 Second Street**
　　　　　　　　　　　　　　　　　　　　　　　**Suite 203**
　　　　　　　　　　　　　　　　　　　　　　　**Hudson, WI 54016**
　　　　　　　　　　　　　　　　　　　　　　　**715-377-2141**