# United States Bankruptcy Court
## Western District of Wisconsin

In re  **Todd Michael Paulson**                                                                                    Case No.  **1-13-12285**
                                               Debtor(s)                                                           Chapter  **13**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __4__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October 11, 2013**                              Signature  **/s/ Todd Michael Paulson**
                                                                             **Todd Michael Paulson**
                                                                             Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                  18 U.S.C. §§ 152 and 3571.