**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

In re    Todd Michael Paulson,                                    Case No. 13-12285

Debtor.

---

### ORDER

The Debtor has filed and served a First Modified Chapter 13 Plan, and has requested a modification of his Plan pursuant to Bankruptcy Rule 3015. Accordingly, based upon the Modified Chapter 13 Plan filed on October 11, 2013, by Debtor, and the entire file, records, and proceedings herein, it is hereby **ORDERED**:

1.      Debtor's Modified Chapter 13 Plan is **APPROVED.**

###